**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
　　　　　　　　nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br>　　　　　　　　Plaintiffs, <br><br>vs. <br><br>PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, individually, <br><br>　　　　　　　　Defendants. | Case No.: 2:20-cv-00224-GMN-BNW <br><br>**ACCEPTANCE OF SERVICE OF SUMMONS AND COMPLAINT BY DEFENDANTS AND STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS' RESPONSE TO COMPLAINT** |

　　　　Adam Levine, Esq., on behalf of Defendants, PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, individually, (hereinafter "Defendants"), and Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED

1

158268

CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE ("Plaintiffs"), hereby agree and stipulate as follows:

1. Counsel for Defendants accepts service of the Summons and Complaint filed in the above-captioned matter for all Defendants. Pursuant to this Acceptance of Service, Defendants are deemed to have been served with process on the date set forth below as though the same had been served upon Defendants by the Sheriff or other person duly appointed or authorized by law to serve process.
2. Defendants shall have until on or before May 7, 2020 to file their Response to Plaintiffs' Complaint in this matter.
3. The parties stipulate this is necessary because of the schedule of Defendants' counsel in the next 30 days and the potential issues surrounding the COVID-19 outbreak.
4. The parties and their counsel further stipulate this stipulation is entered into in good faith and not for the reason of unduly delaying these proceedings.

Dated this 18th day of March, 2020.

LAW OFFICE OF DANIEL MARKS

  */s/ Adam Levine*
Adam Levine, Esq., NV Bar No. 940186
610 S. Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536
***Counsel for Defendants***

2

158268

Dated this 18th day of March, 2020.

                                      THE URBAN LAW FIRM

                                          */s/ Nathan R. Ring*
                                      MICHAEL A. URBAN, Nevada State Bar No. 3875
                                      NATHAN R. RING, Nevada State Bar No. 12078
                                      4270 S. Decatur Blvd., Suite A-9
                                      Las Vegas, NV  89103
                                      (702) 968-8087
                                      *Counsel for Plaintiffs*

**IT IS SO ORDERED**

DATED THIS __19th__ DAY OF __March__, 2020

_____
UNITED STATES MAGISTRATE JUDGE

3

158268