LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
*Attorneys for Defendants*

UNTIED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEAL TH BENEFITS FUND; TRUSTEES OF THE BRICKLA YERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>v.<br><br>PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, individually,<br><br>Defendants.<br>_____/ | Case No. 2:20-cv-00224-GMN-BNW<br><br>**STIPULATION TO EXTEND DEFENDANTS' RESPONSE TO MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM AND DEFENDANTS' RESPONSE TO MOTION TO STRIKE AFFIRMATIVE DEFENSES** |

1

**STIPULATION TO EXTEND DEFENDANTS' RESPONSE TO MOTION TO DISMISS DEFENDANTS' COUNTERCLAIM AND DEFENDANTS' RESPONSE TO MOTION TO STRIKE AFFIRMATIVE DEFENSES**

Defendants Pegasus Marble, Inc., Cygnus, LLC, and Gagik Zargaryan, (hereinafter referred to collectively as "Defendants"), by and through their counsel of record, Adam Levine, Esq. of the Law Office Of Daniel Marks and Plaintiffs Trustees Of The Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada; Trustees Of The Bricklayers & Allied Craftworkers Local 13 Health Benefits Fund; Trustees Of The Bricklayers & Allied Craftworkers Local 13 Vacation Fund; Bricklayers & Allied Craftworkers Local 13 Nevada; Trustees Of The Bricklayers & Trowel Trades International Pension Fund; Trustees Of The Bricklayers & Trowel Trades International Health Fund; And Trustees Of The International Masonry Institute (hereinafter referred to collectively as "Plaintiffs"), by and through their counsel of record, Nathan R. Ring, Esq. of the Urban Law Firm, and hereby stipulate and agree to extend the time for Defendants to file their Response to Plaintiffs' Motion to Dismiss Defendants' Counterclaim and their Response to Plaintiffs' Motion to Strike Affirmative Defenses for a period of 30 days from their current due date of June 17, 2020 through and including **July 17, 2020**.  This stipulation is entered into in good faith and not for purposes of delay.

DATED this 18th day of June, 2020.

LAW OFFICE OF DANIEL MARKS
   /s/ Adam Levine, Esq.
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*

DATED this 18th day of June, 2020

THE URBAN LAW FIRM
   /s/ Nathan R. Ring, Esq.        .
MICHAEL A. URBAN, ESQ.
Nevada State Bar No. 003875
murban@theurbanlawfirm.com
NATHAN R. RING, ESQ.
Nevada State Bar no. 012078
nring@theurbanlawfirm.com
4270 S. Decatur Blvd. Suite A-9
Las Vegas, Nevada 89103
*Attorneys for Plaintiffs*

**IT IS SO ORDERED.**

Dated this __18__ day of June, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT