**THE URBAN LAW FIRM**
MICHAEL A. URBAN, Nevada State Bar No. 3875
NATHAN R. RING, Nevada State Bar No. 12078
4270 S. Decatur Blvd., Suite A-9
Las Vegas, Nevada 89103
Telephone: (702) 968-8087
Facsimile: (702) 968-8088
Electronic Mail: murban@theurbanlawfirm.com
　　　　　　　　nring@theurbanlawfirm.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE,<br><br>Plaintiffs,<br><br>vs.<br><br>PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, an individual,<br><br>Defendants. | CASE NO: 2:20-cv-00224-GMN-BNW<br><br>**JOINT STIPULATION PERMITTING PLAINTIFFS TO AMEND COMPLAINT** |

Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13

DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE

BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND;

1

167071

| | |
|---|---|
| 1 | TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, by and through their counsel of record, and Defendants, PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, an individual, by and through their counsel, jointly stipulate to permit the Plaintiffs to amend their complaint in this case. |

Under Federal Rule of Civil Procedure 15(a)(2), a party may amend its pleading with consent of the opposing party. Fed. R. Civ. P. 15(a)(2). Defendants consent to allow Plaintiffs to amend their complaint. Plaintiffs proposed amended complaint is attached hereto as Exhibit 1.

Dated: August 12, 2020　　　　　　　　　　**THE URBAN LAW FIRM**

　　　　　　　　　　　　　　　　　　　　　　*/s/ Nathan R. Ring*
　　　　　　　　　　　　　　　　　　　　MICHAEL A. URBAN, Nevada State Bar No. 3875
　　　　　　　　　　　　　　　　　　　　NATHAN R. RING, Nevada State Bar No. 12078
　　　　　　　　　　　　　　　　　　　　4270 S. Decatur Blvd., Suite A-9
　　　　　　　　　　　　　　　　　　　　Las Vegas, Nevada 89103
　　　　　　　　　　　　　　　　　　　　Telephone: (702) 968-8087
　　　　　　　　　　　　　　　　　　　　Facsimile: (702) 968-8088
　　　　　　　　　　　　　　　　　　　　Email: murban@theurbanlawfirm.com
　　　　　　　　　　　　　　　　　　　　　　　　nring@theurbanlawfirm.com
　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiffs*

Dated: August 12, 2020　　　　　　　　　　**LAW OFFICE OF DANIEL MARKS**

**The stipulation is granted. Further, it is ordered that ECF No. 14 is DENIED as moot.**

IT IS SO ORDERED

DATED: 9:50 am, August 14, 2020

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

　　　　　　　　　　　　　　　　　　　　　　*/s/ Adam Levine*
　　　　　　　　　　　　　　　　　　　　ADAM LEVINE, Nevada State Bar No. 4673
　　　　　　　　　　　　　　　　　　　　NATHAN R. RING, Nevada State Bar No. 12078
　　　　　　　　　　　　　　　　　　　　610 S. Ninth Street
　　　　　　　　　　　　　　　　　　　　Las Vegas, NV 89101
　　　　　　　　　　　　　　　　　　　　Telephone: (702) 386-0536
　　　　　　　　　　　　　　　　　　　　Fax: (702) 386-6812
　　　　　　　　　　　　　　　　　　　　Email: ALevine@danielmarks.net
　　　　　　　　　　　　　　　　　　　　*Counsel for Defendants*

167071