1  LAW OFFICE OF DANIEL MARKS
   DANIEL MARKS, ESQ.
2  Nevada State Bar No. 002003
   office@danielmarks.net
3  ADAM LEVINE, ESQ.
   Nevada State Bar No. 004673
4  alevine@danielmarks.net
   610 South Ninth Street
5  Las Vegas, Nevada 89101
   (702) 386-0536; Fax: (702) 386-6812
6  *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS &TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, individually, TOKIO MARINE HCC dba AMERICAN CONTRACTORS INDEMNITY COMPANY, a California insurance corporation <br><br> Defendants. | Case No. 2:20-cv-00224-GMN-BNW <br><br><br> **STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [FIRST REQUEST]** |

///

1

**STIPULATION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**
**[FIRST REQUEST]**

The parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadline for Defendants to respond to Plaintiffs' Motion for Summary Judgment. The parties request an extension for twenty-one (21) days from its currently set date of February 11, 2022 to up to and including March 4, 2022.

Good cause exists for this extension of time due to the fact that Plaintiff's counsel responded to a fatal incident on Thursday, February 3, 2022, investigated by the Las Vegas Metropolitan Police Department and Clark County School District Police Department. Also due to a separate incident that occurred last week regarding the injury of Plaintiffs' counsel's daughter at school, counsel had a meeting with Clark County School District Police Department today, February 7, 2022. Additionally, Plaintiff's counsel also has multiple briefs in various courts which are also currently due on extension.

As such, the Parties respectfully make this request to extend time in good faith and not for the purposes of undue delay of these proceedings.

IT IS SO STIPULATED.

DATED this 8th day of February 2022                DATED this 8th day of February 2022

**LAW OFFICE OF DANIEL MARKS**                    **NOVARA TESIJA CATENACCI MCDONALD & BAAS, PLLC**


/s/Adam Levine, Esq.                              /s/Nathan R. Ring, Esq.
ADAM LEVINE, ESQ.                                 NATHAN R. RING, ESQ.
Nevada State Bar No. 004673                       Nevada State Bar No. 12078
alevine@danielmarks.net                           nring@ntclaw.com
610 South Ninth Street                            3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89101                           Las Vegas, Nevada 89169
*Attorneys for Defendants*                        *Attorneys for Plaintiffs*

*Trustees Of The Bricklayers & Allied Craftworkers Local 13 Defined Contribution Pension Trust For Southern Nevada, et al., v. Pegasus Marble, Inc., et al.*
U.S. District Court Case No. 2:20-cv-00224-GMN-BNW
STIPULATION TO EXTEND TIME FOR DEFENDANTS
TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
[FIRST REQUEST]

## ORDER

**IT IS SO ORDERED.**

Dated this __9__ day of February, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**Joi Harper**

| | |
|---|---|
| From: | Nathan Ring <nrr@novaralaw.com> |
| Sent: | Tuesday, February 08, 2022 4:21 PM |
| To: | Joi Harper |
| Cc: | Adam Levine |
| Subject: | Re: Trustees v. Cygnus LLC annatto |

Hello Joi:

I apologize for my delayed response. My firm name is actually Novara Tesija Catenacci McDonald & Baas, PLLC. With that single change, I have no other edits and you may add my electronic signature.

Thanks,

Nate

Nathan R. Ring, Esq.
Partner
3993 Howard Hughes Pkwy, Suite 480
Las Vegas, NV 89169
Cell: 702-301-0081

# Detroit | Las Vegas | Toledo

This transmission contains confidential information, which may also be legally privileged, and which is intended only for the use of the addressee(s) named above.  If you received this communication in error, please delete it and contact us at 248.354.0380. Thank you.

IRS CIRCULAR 230 NOTICE:  Any U.S. federal tax advice contained in this communication (including any attachments) was neither written nor intended by the sender to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another person any tax related matter.

**From:** Joi Harper <JHarper@danielmarks.net>
**Sent:** Tuesday, February 8, 2022 4:09:50 PM

1

**To:** Nathan Ring
**Cc:** Adam Levine
**Subject:** RE: Trustees v. Cygnus LLC annatto

Good afternoon Nate,

I was just following up. I hadn't hear back from you re the Stipulation I sent yesterday.


-----Original Message-----
From: Joi Harper
Sent: Monday, February 07, 2022 4:23 PM
To: Nathan Ring <nrr@novaralaw.com>
Cc: Adam Levine <ALevine@danielmarks.net>
Subject: RE: Trustees v. Cygnus LLC annatto

Good afternoon Nathan,

Attached is the Stipulation and Order to Extend Time for Defendants to Respond to Plaintiffs' Motion for Summary Judgment. Please let me know if this is acceptable to you and if so, please either sign and return to me, or give me permission to affix your e-signatures to the document for submission to the court.


Thank you,

Joi E. Harper, Paralegal
Law Office of Daniel Marks
610 South Ninth Street
Las Vegas, Nevada 89101
O: (702) 386-0536; F: (702) 386-6812
JHarper@danielmarks.net



-----Original Message-----
From: Adam Levine <ALevine@danielmarks.net>
Sent: Monday, February 07, 2022 9:45 AM
To: Nathan Ring <nrr@novaralaw.com>
Cc: Joi Harper <JHarper@danielmarks.net>
Subject: RE: Trustees v. Cygnus LLC annatto

I can do 21 days.

Joi: Please prepare the stipulation


Adam Levine, Esq.
Law Office of Daniel Marks
610 S. Ninth Street
Las Vegas, NV 89101
(702) 386-0536: Office
(702) 386-6812: Fax
alevine@danielmarks.net



-----Original Message-----
From: Nathan Ring <nrr@novaralaw.com>
Sent: Monday, February 7, 2022 9:44 AM

2

To: Adam Levine <ALevine@danielmarks.net>
Cc: Joi Harper <JHarper@danielmarks.net>
Subject: Re: Trustees v. Cygnus LLC annatto

Adam,

I am happy to grant you an extension but I am not sure the court will approve 30 days. That will run us into our court scheduled settlement conference. With a 30 day extension, my reply would be filed just before the settlement conference and I would be preparing the Reply at the same time as the settlement brief. Would 21 days work? Shirt month of February doesn't help us here.

Nate

Nathan R. Ring, Esq.
Partner
3993 Howard Hughes Pkwy, Suite 480
Las Vegas, NV 89169
Cell: 702-301-0081


This transmission contains confidential information, which may also be legally privileged, and which is intended only for the use of the addressee(s) named above.  If you received this communication in error, please delete it and contact us at 248.354.0380. Thank you.

IRS CIRCULAR 230 NOTICE:  Any U.S. federal tax advice contained in this communication (including any attachments) was neither written nor intended by the sender to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing, or recommending to another person any tax related matter.

_____
From: Adam Levine <ALevine@danielmarks.net>
Sent: Monday, February 7, 2022 9:17:52 AM
To: Nathan Ring
Cc: Joi Harper
Subject: Trustees v. Cygnus LLC annatto

Nathan:

My Opposition to your Motion for Summary Judgment is due this Friday. There is no way I am going to make it. Can I get a 30 day extension?



Adam Levine, Esq.
Law Office of Daniel Marks
610 S. Ninth Street
Las Vegas, NV 89101
(702) 386-0536: Office
(702) 386-6812: Fax
alevine@danielmarks.net<mailto:alevine@danielmarks.net>

3