**NOVARA TESIJA CATENACCI**
**MCDONALD & BAAS, PLLC**
NATHAN R. RING, Nevada State Bar No. 12078
3993 Howard Hughes Pkwy., Suite 480
Las Vegas, Nevada 89169
Telephone: (702) 990-3528
Email: nrr@novaralaw.com
*Counsel for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIEDCRAFTWORKERS LOCAL 13 DEFINEDCONTRIBUTION PENSION TRUST FORSOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS &TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br> v. <br><br> PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; GAGIK ZARGARYAN, individually, and TOKIO MARINE HCC dba AMERICAN CONTRACTORS 22 INDEMNITY COMP ANY, a California insurance corporation. <br><br> Defendants. | Case No. 2:20-cv-00224-GMN-BNW <br><br> **STIPULATION TO EXTEND TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT** <br><br> **[FIRST REQUEST]** |

1

**STIPULATION TO EXTEND TIME FOR PLANTIFFS TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR SUMMARY JUDGEMENT**.

[FIRST REQUEST]

The parties, by and through their respective counsels of record, hereby stipulate and request that this Court extend the deadline for Plaintiffs to file their Reply to Defendants' Response to Motion For Summary Judgement. The parties request an extension of only four (4) days from its currently set date of March 17, 2022. With the new deadline to be March 21, 2022.

Good cause exists for this extension of time due to the fact that the Plaintiffs' counsel is also preparing a settlement statement due in this case two days before the currently set Reply deadline. Plaintiffs' effort is served and the interest of judicial economy is served by focusing on the Settlement Conference Brief and potentially assisting in settlement of this matter. Allowing an extra four days, two of which are weekend days, will not greatly delay these proceedings.

As such, the Parties respectfully make this request to extend time in good faith and not for the purposes of undue delay of these proceedings.

IT IS SO STIPULATED

DATED this 13th day of March 2022                DATED this 13th of March 2022

**NOVARA TESIJA CATENACCI MCDONALD & BAAS, PLLC**                **LAW OFFICE OF DANIEL MARKS**

 /s/ Nathan R. Ring                               /s/ Adam Levine
NATHAN R. RING, ESQ.                             ADAM LEVINE, ESQ.
Nevada State Bar No. 12078                       Nevada State Bar No. 004673
nring@novaralaw.com                              alevine@danielmarks.net
3993 Howard Hughes Parkway, Suite 480            610 South Ninth Street
Las Vegas, Nevada 89169                          Las Vegas, Nevada 89101
*Attorney for Plaintiffs*                        *Attorney for Defendants*

**IT IS SO ORDERED.**

Dated this  15  day of March, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

**CERTIFICATE OF SERVICE**

I CERTIFY THAT on the 13th day of March, 2022, I filed the above and foregoing **STIPULATION TO EXTEND TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR SUMMARY JUDGMENT** via the Court's CM/ECF Filing System, which will send notice to the following:

Adam Levine, Esq.
Law Office of Daniel Marks
610 S. 9th St.
Las Vegas, NV 89101
***Counsel for Defendants***

/s/ Nathan R. Ring