**BRANSTETTER, STRANCH & JENNINGS, PLLC**
NATHAN R. RING, Nevada State Bar No. 12078
703 S. Eighth Street
Las Vegas, Nevada 89101
Phone: (702) 301-0081
Email:  NateR@bsjfirm.com
***Counsel for Plaintiffs***

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br>         Plaintiffs, <br><br> vs. <br><br> PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, an individual, <br><br>         Defendants. | CASE NO: 2:20-cv-00224-GMN-BNW <br><br><br> **JOINT STIPULATION AND REQUEST TO EXTEND DATE FOR CONTINUED SETTLEMENT CONFERENCE** <br><br> **[FIRST REQUEST]** |

The Plaintiffs, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE

BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, by and through their counsel for record, Nathan R. Ring, Esq. and the Defendants, PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, an individual, by and through their counsel for record, Adam Levine, Esq., hereby stipulate and request that this Court extend the date currently set for the continued settlement conference in this matter.

The parties met before United States Magistrate Judge Weksler on March 22, 2022. The parties appeared with their respective counsel and authorized decisionmakers for the corporate parties on that date via Zoom. During the conference, the parties' discussion revealed that a meeting with the Plaintiffs' counsel, Defendants' counsel, Plaintiffs' auditors, and representatives of the Defendants was needed to further develop potential settlement options. The Court agreed and asked the parties to meet privately, still under the rules of the settlement conference set by the Court, to discuss the case.

On April 20, 2022, Plaintiffs' counsel, Defendants' counsel, Plaintiffs' auditors, and representatives of the Defendants met in person at the office of Plaintiffs' auditor Rubin Brown. The meeting took some time to schedule because of the number of people involved and the fact that it was at the end of tax season for the auditing firm. The meeting was productive, and the parties discussed the matter fully.

At the conclusion of the April 20, 2022 meeting, the parties and their counsel discussed how to communicate further questions and concerns and to further discuss the audit results and this court case. The parties believe there will be additional back and forth on questions and answers in this matter and that it will be beneficial to allow the parties to further develop settlement discussions privately before returning to the Court for the continued settlement conference, which is set for May 9, 2022. It is expected that three weeks will be a sufficient amount of additional time for the parties to engage in further settlement discussions in this matter before returning to the Court for the continued settlement conference.

The parties make this request to extend the date for the continued settlement conference in good faith and not for the purposes of undue delay of these proceedings. The parties are requesting only the amount of additional time they deem necessary for further private settlement discussion of this matter.

IT IS SO STIPULATED.

DATED this 28th day of April 2022

**LAW OFFICE OF DANIEL MARKS**

*/s/ Adam Levine*
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendants*



DATED this 28th day of April 2022

**BRANSTETTER, STRANCH & JENNINGS, PLLC**

*/s/Nathan R. Ring, Esq.*
NATHAN R. RING, ESQ.
Nevada State Bar No. 12078
NateR@bsjfirm.com
703 S. Eighth Street
Las Vegas, Nevada 89101
*Attorneys for Plaintiffs*

## ORDER

IT IS ORDERED that ECF No. 64 is GRANTED. IT IS FURTHER ORDERED that the continued settlement conference set for 5/9/2022 is rescheduled to 6/17/2022 at 9:00 a.m. via Zoom video conference. The Court will circulate a Zoom invitation closer to the rescheduled date.

**IT IS SO ORDERED**

**DATED:** 9:15 pm, May 01, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

I CERTIFY THAT on the 28th day of April, 2022, I filed the above and foregoing **JOINT STIPULATION AND REQUEST TO EXTEND DATE FOR CONTINUED SETTLEMENT CONFERENCE [FIRST REQUEST]** via the Court's CM/ECF Filing System, which will send notice to the following:

Adam Levine, Esq.
Law Office of Daniel Marks
610 S. 9th St.
Las Vegas, NV 89101
***Counsel for Defendants***

*/s/ Nathan R. Ring*