Nathan R. Ring
Nevada State Bar No. 12078
STRANCH, JENNINGS & GARVEY, PLLC
703 South 8th Street
Las Vegas, NV 89101
Telephone: 725-235-9750
E-mail: LasVegas@StranchLaw.com

*Attorneys for Plaintiffs*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> vs. <br><br> PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, an individual, TOKIO MARINE HCC d/b/a AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation, <br><br> Defendants. | CASE NO: 2:20-cv-00224-GMN-BNW <br><br> **STIPULATION AND REQUEST TO EXTEND DEADLINE TO FILE DISMISSAL DOCUMENTS** |

Plaintiffs TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA, TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEALTH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; and TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE by and through their counsel, Nathan Ring, Esq. of STRANCH, JENNINGS & GARVEY, PLLC, and Defendants PEGASUS MARBLE, INC., CYGNUS, LLC, GAGIK ZARGARYAN, TOKIO MARINE HCC d/b/a AMERICAN CONTRACTORS INDEMNITY COMPANY, by and through their counsel, Adam Levine, Esq., of THE LAW OFFICE OF DANIEL MARKS, hereby stipulate and agree to the following, subject to Court approval:

**THE PARTIES STIPULATE AND HEREBY NOTE** that on February 28, 2023, the Court held a settlement conference.

**THE PARTIES STIPULATE AND HEREBY NOTE** that on May 10, 2023, the parties filed a Joint Notice of Settlement.

**THE PARTIES STIPULATE AND HEREBY NOTE** that on May 10, 2023, the Court issued a minute order whereby dismissal documents are due June 9, 2023. or else a joint status report informing the Court of the status of settlement.

**THE PARTIES STIPULATE AND HEREBY NOTE** that on May 16, 2023, the counsel for Plaintiffs experienced an illness that resulted in absence from work for several days.

**THE PARTIES STIPULATE AND HEREBY NOTE** that on May 20, 2023, the counsel for Plaintiffs had an unexpectedly weeks-early baby delivery.

**THE PARTIES STIPULATE AND HEREBY NOTE** that the birth of Plaintiff's child requires additional time for Plaintiff's counsel to complete settlement, and therefore, request that the due date for filing of the dismissal documents shall be extended by 30 days

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO FILE DISMISSAL DOCUMENTS - 2

**THE PARTIES STIPULATE AND HEREBY NOTE** that 30 days from June 9, 2023 is Sunday, July 9, 2023, and so the new date shall be Monday July 10, 2023 and the parties request the Court so grant the thirty day requested extension.

Dated: June 9th 2023
STRANCH, JENNINGS & GARVEY, PLLC

By: /s/ *Nathan Ring*
Nathan R. Ring, Esq.
Jessica S. Guerra, Esq.
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
LasVegas@StranchLaw.com

Dated: June 9th 2023
LAW OFFICE OF DANIEL MARKS

By: /s/ *Adam Levine*
Adam Levine, Esq.
610 S. Ninth Street
Las Vegas, NV 89101
alevine@danielmarks.net

**ORDER**

**IT IS HEREBY ORDERED** that the above stipulations are approved.

**IT IS FURTHER ORDERED** that Parties shall have until July 10, 2023 to submit the dismissal documents or else a joint status report informing the Court of the status of settlement.

**IT IS SO ORDERED.**

Dated this  15  day of June, 2023.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted By:
STRANCH, JENNINGS & GARVEY, PLLC

Nathan R. Ring
Nevada State Bar No. 12078

**Suzanne Levenson**

| | |
|---|---|
| **From:** | Adam Levine <ALevine@danielmarks.net> |
| **Sent:** | Friday, June 9, 2023 11:32 AM |
| **To:** | Suzanne Levenson |
| **Cc:** | Nate Ring; Joi Harper |
| **Subject:** | RE: Bricklayers Trusts, et al v. Pegasus, et al |

**[EXTERNAL EMAIL]** Do not click links or attachments unless you recognize the sender and know the content is safe.

I don't know if the stipulation never got filed. I don't see an email where I approved the use of my electronic signature. If it hasn't been filed, you may utilize my electronic signature.

---

**From:** Suzanne Levenson <slevenson@stranchlaw.com>
**Sent:** Tuesday, May 30, 2023 1:54 PM
**To:** Adam Levine <ALevine@danielmarks.net>
**Cc:** Nate Ring <nring@stranchlaw.com>; Joi Harper <JHarper@danielmarks.net>
**Subject:** Bricklayers Trusts, et al v. Pegasus, et al

Mr. Levine,

Attached please find our stipulation as discussed with Nate last week. Thank you.

Suzanne Levenson
**Please note new firm name, address, and email addresses!**
NRing@StranchLaw.com, JGuerra@StranchLaw.com, SLevenson@StranchLaw.com



Paralegal for Nate Ring, Partner
and Jessica Guerra, Associate
3100 W. Charleston Blvd., #208
Las Vegas, NV 89102
SLevenson@StranchLaw.com
725.235.9750