LAW OFFICE OF DANIEL MARKS
DANIEL MARKS, ESQ.
Nevada State Bar No. 002003
office@danielmarks.net
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
(702) 386-0536; Fax: (702) 386-6812
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 DEFINED CONTRIBUTION PENSION TRUST FOR SOUTHERN NEVADA; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 HEAL TH BENEFITS FUND; TRUSTEES OF THE BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 VACATION FUND; BRICKLAYERS & ALLIED CRAFTWORKERS LOCAL 13 NEVADA; TRUSTEES OF THE BRICKLAYERS &TROWEL TRADES INTERNATIONAL PENSION FUND; TRUSTEES OF THE BRICKLAYERS & TROWEL TRADES INTERNATIONAL HEALTH FUND; TRUSTEES OF THE INTERNATIONAL MASONRY INSTITUTE, <br><br> Plaintiffs, <br><br> v. <br><br> PEGASUS MARBLE, INC., a Nevada corporation; CYGNUS, LLC, a Nevada limited liability company; and GAGIK ZARGARYAN, individually, TOKIO MARINE HCC dba AMERICAN CONTRACTORS INDEMNITY COMPANY, a California insurance corporation <br><br> Defendants. | Case No. 2:20-cv-00224-GMN-BNW <br><br><br> **STIPULATION TO DISMISS CASE WITH PREJUDICE** |

///

1

# STIPULATION TO
# AND DISMISS CASE WITH PREJUDICE

WHEREAS the Court by its Minute Order dated August 14, 2023 (Doc. 90) has vacated its Order filed October 24, 2022 Granting Plaintiff's Motion for Summary Judgment in Part (Document 70);

IT IS THEREFORE STIPULATED AND AGREED between the parties that this case shall be dismissed with prejudice with each side bearing its own fees and costs.

DATED this 24th day of August 2023.

LAW OFFICE OF DANIEL MARKS

*Adam Levine, Esq.*
ADAM LEVINE, ESQ.
Nevada State Bar No. 004673
alevine@danielmarks.net
610 South Ninth Street
Las Vegas, Nevada 89101
*Counsel for Defendants*

DATED this 24th day of August 2023

STRANCH, JENNINGS & GARVEY

*/s/Nathan R. Ring, Esq.*
NATHAN R. RING, ESQ.
Partner
Nevada State Bar No. 12078
3100 W. Charleston Blvd., Suite 208
Las Vegas, Nevada 89102
*Counsel for Plaintiffs*

## ORDER

**IT IS SO ORDERED.** The Clerk of Court is instructed to close the case.

DATED: August 25, 2023

_____
UNITED STATES DISTRICT JUDGE